# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| B.K., | : |
|   Petitioner, | : |
| v. | :    CASE NO: 7:25-CV-00083 (WLS) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : |
|   Respondent. | : |

## ORDER

Before the Court are Petitioner's Motions to Amend (Docs. 7 & 8) filed on July 24, 2025, and August 1, 2025, respectively. Petitioner's motions are essentially identical. Therein, Petitioner moves the Court to amend its previous Order (Doc. 5) transferring this case to the United States District Court for the Southern District of Georgia. Specifically, Petitioner requests that the Court change the case caption to reflect Petitioner's full name, rather than his initials.

It is the practice of this Court, pursuant to Federal Rule of Civil Procedure 5.2, to refer to non-governmental parties by initials only in cases such as this one. Petitioner asks this Court to amend the caption of this case. To the extent Petitioner objects to the continued use of his initials rather than his full name, that motion in this Court is **DENIED without prejudice**. As noted, this case has been transferred to the Southern District of Georgia, and the Court has no control over how the Southern District chooses to caption its cases. Further requests for relief should be addressed to the Southern District as the court of transfer.

**SO ORDERED,** this 5th day of August 2025.

                                                                                  /s/ W. Louis Sands
                                                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                                                  **UNITED STATES DISTRICT COURT**